IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TROY J. MAYER,<br>    Petitioner,<br><br>        v.<br><br>PA. ATTY GEN. TOM CORBETT, et al.<br>    Respondents. | :<br>:<br>:    CIVIL CASE<br>:    NO. 05-6017<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 16th day of January 2014, after a careful and independent consideration of the petition for a writ of habeas corpus and of the Report and Recommendation of United States Magistrate Judge David Strawbridge (Doc. No. 72), Petitioner's objections thereto (Doc. No. 78), and the entire record in this case, for the reasons stated in the accompanying Memorandum Opinion it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED and ADOPTED**;

2. The Petition (Doc. No. 1) is **DENIED** with prejudice;

3. A Certificate of Appealability **SHALL NOT ISSUE**.

The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**